MICHAEL K BRISBIN (SBN 169495)
Email: michael.brisbin@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Telephone:    415.433.0990
Facsimile:    415.434.1370

Attorneys for Plaintiff
**AMERICAN GENERAL LIFE INSURANCE COMPANY**

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>vs.<br><br>BARBARA IRWIN, ROSWELL VAN ORDEN, AND BARSHA JO COLEMAN,<br><br>      Defendants. | Case No. 2:17-cv-02263-JAM-EFB<br><br>**ORDER ON PLAINTIFF AMERICAN GENERAL LIFE INSURANCE COMPANY'S VOLUNTARY REQUEST TO DISMISS ITS COMPLAINT WITH PREJUDICE, EACH SIDE TO BEAR ITS OWN COSTS AND FEES**<br><br>**FRCP Rule 41(a)(1)(A)(i)** |

The Court received and reviewed Plaintiff American General Life Insurance Company's Voluntary Request to dismiss its complaint with prejudice, each side to bear its own costs and fees. Finding good cause, and seeing that the matter is concluded, the Court hereby **ORDERS** the following:

Case No. 2:17-cv-02263-JAM-EFB is dismissed with prejudice, each side to bear its own costs and fees.

**IT IS SO ORDERED.**

Dated:   January 9, 2018      /s/ John A. Mendez_____
                  **HON. JOHN A. MENDEZ
                  UNITED STATES DISTRICT JUDGE**